UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CHARLESETTA O'NEAL: BEY,

                Plaintiff,

     - against -

MUNICIPAL CREDIT UNION; KAM WONG,
Chief Executive Officer; ROBERT LEE, Chief
Financial Officer; BERKMAN, HENOCH,
PETERSON, PEDDY & FENCHOL, PC;
STEVEN J. PEDDY, Chief Executive Officer;
and ALL AGENTS 1-99,

                Defendants.
------------------------------------------------------------- X

NOT FOR PUBLICATION

**MEMORANDUM & ORDER**

16 Civ. 438 (AMD)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 2 8 2016 ★

BROOKLYN OFFICE

**ANN DONNELLY,** District Judge.

The plaintiff filed this fee-paid civil action on February 3, 2016. By order entered March 1, 2016, I dismissed the complaint for lack of subject matter jurisdiction and for failure to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure, and gave the plaintiff thirty days to file an amended complaint. The plaintiff requested and received an extension of time to file until April 21, 2016. As the amended complaint fails to cure the deficiencies in the original complaint, the action is dismissed with prejudice.

The amended complaint contains a series of legal-sounding phrases and assertions and purports to be filed "At Law In Admiralty" by "Probator of Estate, Estate Claimant and Opting Out Orders." (Am. Compl. at 1.) It asserts that "Charlesetta: of the family "O'Neal" is the "'US' Executor over the 'DEAD Corpus Commercial' CHARLESETTA ONEAL -- ESTATE." (*Id.*) It demands that unidentified "Estate Insurance/Surety Policies" be liquidated and "remitted to the

Living US Executor within 3 days time," or else "Criminal Charges will be filed against all Governmental 'Gravatio' Officers and employees involved in continued Acts of Treason and their violations of the CHARLESETTA ONEAL -- ESTATE." (*Id.* at 3.) The amended complaint does not state a basis for this Court's jurisdiction nor otherwise conform to the dictates of Rule 8 of the Federal Rules of Civil Procedure.

Accordingly, the action is dismissed in its entirety. Although the plaintiff paid the filing fee to commence this action, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk is respectfully instructed to issue a judgment dismissing the action.

**SO ORDERED.**

s/Ann M. Donnelly

Ann. M. Donnelly
United States District Judge

Dated: Brooklyn, New York
April 28, 2016